# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Hernandez,<br><br>Plaintiff,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>Defendants. | No. CV-23-02351-PHX-ROS (ASB)<br><br>**ORDER** |

Pending before the Court and ripe for disposition is the Motion for Substitution of Latisha Hernandez for the Deceased Plaintiff Richard Hernandez (Doc. 32).

After various extensions of time to allow for Latisha Hernandez to complete the process in state probate court to be appointed as deceased Plaintiff Richard Hernandez' personal representative, Ms. Latisha Hernandez has now been appointed co-personal representative along with Mr. Ricardo Hernandez. (Doc. 43.) In Response to the Motion, Defendant Sheridan indicated he has no objection to both Latisha Hernandez and Ricardo Hernandez being substituted for Plaintiff. (Doc. 45.) Defendants Lester, Kucera, Barboza, Udesco, and Rubulcaba do not oppose the Motion. (Doc. 47.) In Reply, Ms. Latisha Hernandez clarified that she alone brings the Motion to Substitute. (Doc. 48.) She emphasizes that any decision related to the Estate would need to go through her and her co-representative, and she indicates she does not believe both representatives need to be substituted. (*Id.*) Her counsel, Ms. Eckert, only represents her, rather than both Ms. Hernandez and Mr. Ricardo Hernandez. (*Id.*)

1    To be sure, only Ms. Hernandez has filed a timely Motion to Substitute in this action. The Court considers the sole Motion before it. Good cause appearing under Rule 25, and the Motion being unopposed, the Motion will be granted.

**IT IS THEREFORE ORDERED** granting the Motion for Substitution of Latisha Hernandez for the Deceased Plaintiff Richard Hernandez (Doc. 32). Latisha Hernandez is substituted for Richard Hernandez as Plaintiff in this matter. The Clerk of Court is kindly directed to amend the docket to reflect the substitution.

Dated this 14th day of April, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge