**LAW OFFICES OF KIMBERLY A. ECKERT**
1050 East Southern Avenue Road  Suite A3
Tempe, Arizona 85282
(480) 456-4497 Fax (866) 583-6073
Kimberly A. Eckert – 015040
keckert@arizlaw.biz
**Attorney for Latisha Hernandez**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Richard Hernandez,

    Plaintiff,

v.

Maricopa County, et al.,

    Defendants.

Case No. 2:23-cv-02351-ROS-ASB

**Plaintiff's Controverting Statement of Facts in Opposition to Motion for Summary Judgment**

  Plaintiff Latisha Hernandez, by and through undersigned counsel, hereby provides her controverting facts as follows:

  1.-14. Does not dispute;

Controverting Facts:

  15. Plaintiff has alleged that Defendants breached their duty in disregarding Plaintiff's rights by failing to immediately address Plaintiff's medical needs, and/or causing him physical and emotional distress through their actions. (Doc. 1.2  §44)

16. Plaintiff has alleged that Defendant Penzone and/or Defendant Maricopa County are vicariously liable for Defendants' negligence and for all injuries and damages suffered by Plaintiff, under the theory of respondent superior. (Doc. 1.2, §45)

17. As a direct and proximate cause of the negligence of Defendants, Plaintiff suffered physical injuries, pain and emotional distress, and continues to suffer from his physical and emotional injuries. (Doc. 1.2, §46)

18. As a direct and proximate result of Plaintiff's injuries, he has incurred medical and related expenses and will, in the future, be required to incur medical and related expenses for the care and treatment of his injuries(Doc. 1.2, §47)

19. Defendants Lester, Kucera, Barboza, Udesco, and Rubalcaba left Plaintiff on the ground for hours before medical finally arrived at 8:30 am. It appears one or more Defendants "checked" on him occasionally to see if he was moving only. (Doc. 1.2, §2)

20. Plaintiff is seen in medical around 10 am with a sling on. (Doc. 1.2, §23)

21. There was no justification for what Mr. Hernandez endured from the officers' treatment in the second cell, which is all captured on a very troubling video. (Doc. 1.2, §24)

22. After the jail transported Mr. Hernandez to a hospital, he was referred to an orthopedic doctor but he was never given x rays or other tests. (Doc. 1.2, §25)

23. On January 25, 2023, Mr. Hernandez sought treatment from Abrazo medical for the chest pain. Tests were ordered. (Doc. 1.2, §26)

24. Mr. Hernandez followed up with Honor Health on January 28, 2023 and he was found to have multiple rib fractures which resulted in the chest pain. He was also found to have a complete rotator cuff tear and bankart and a shoulder dislocation. (Doc. 1.2, §27)

Dated this 13th day of August, 2025.

By: /s/ Kimberly A. Eckert
Kimberly A. Eckert
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, I efiled this Document via ECF and served it via ECF on the following parties:

Pamela Hostallero
Senior Deputy County Attorney
Civil Services Division
225 W. Madison
Phoenix, AZ 85003
hostallp@mcao.maricopa.gov
Attorneys for Defendants Maricopa County and Paul Penzone

Christopher J. Berry
Berry Law Group, PLLC
1850 N. Central Avenue, Ste. 1025
Phoenix, AZ 85004
cberry@berrylawgroup.com
Attorney for individual Defendants

By: /s/ Kimberly A. Eckert